**88-1622.** State v. Sklenar. *Lorain County,* No. 4339. *Sua sponte,* cause dismissed

for want of prosecution, effective November 3, 1988.